IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.,

      Plaintiff,                                         99cv0048

v.                                                 **ELECTRONICALLY FILED**

AMAZING FANTASY, ET AL.,

      Defendants.

## Order of Court

Pending before this Court is plaintiff's motion for supplemental relief in aid of execution (doc. no. 31). On 9/27/06, via text order, this Court ordered a response to said motion on or before 10/6/06, and plaintiff filed a certificate of service on 9/29/06 evidencing that a copy of said order was served by first class mail on counsel for defendant. However, to date, no response has been filed. Accordingly, it appearing to the Court that defendant has disclosed his ownership of a parcel of real estate located in Giove, Italy known as Castello di Giove, which is more fully described in a copy of the web page referred to by defendant, Charles Band, in his deposition for discovery of assets in aid of execution and appearing based upon his testimony that in the deposition that the equity in the property represent the sole asset from which the judgment of plaintiff may be satisfied, pursuant to Fed. R. Civ. P. 69 and Pa. R.C.P. 3118, it is hereby ORDERED that defendant, Charles Band, is hereby enjoined from transferring, disposing or otherwise further encumbering the property known as Castello di Giove until further Order of this Court.

                                                    SO ORDERED this 12th day of October, 2006.

                                                    s/Arthur J. Schwab
                                                    Arthur J. Schwab
                                                    United States District Judge

cc:      All counsel of record