IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WRS, INC., | NO. 99-48 |
| Plaintiff | |
| vs. | RESPONSE TO MOTION FOR ADDITIONAL COUNSEL FEES |
| AMAZING FANTASY ENTERTAINMENT, INC.,FULL MOON ENTERTAINMENT, INC. AND CHARLES BOND, | PURSUANT TO THE JUDGMENT ENTERED AND TO QUANTIFY THE CURRENT AMOUNT OF THE JUDGMENT |
| Defendant | |

Filed on behalf of the Defendant

Counsel of Record for this Party:
Joseph E. Fieschko, Jr., Esquire
Fieschko and Associates, Inc.
2230 Koppers Building
Pittsburgh, PA  15219
412-281-2204
PA I.D.#28797

RESPONSE TO MOTION FOR ASSESSMENT FOR ADDITIONAL COUNSEL FEES PURSUANT TO THE JUDGMENT ENTERED AND TO QUANTIFY THE CURRENT AMOUNT OF THE JUDGMENT

Defendant does not object to the requested attorney's fees.

Respectfully  Submitted:

By:/s/Joseph E. Fieschko, Jr.
Joseph E. Fieschko, Jr.
Fieschko and Associates, Inc.
2230 Koppers Building
Pittsburgh, PA  15219
PA I.D.#28797

## CERTIFICATE OF SERVICE

I, Joseph E. Fieschko, Jr., Esquire of Fieschko and Associates, Inc., do hereby certify that I have served by first class mail, postage prepaid, a true and correct copy of the Response on the following:

Thomas E. Reilly, Esquire
2025 Greentree Road
Pittsburgh, PA  15220

Dated: October 24, 2006                                        By:/s/Joseph E. Fieschko, Jr.
                                                                              Joseph E. Fieschko, Jr., Esquire